**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 7, 2007



**BY FACSIMILE**

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 620
New York, New York 10007

    Re: <u>United States v. Dionisio David Tiburcio-Duverge and Fernando Iglesias-Vargas</u>, 07 Cr. 1090 (BSJ)

Dear Judge Jones:

    This matter was assigned to Your Honor on December 3, 2007. Defendant Tiburcio-Duverge was arraigned on Wednesday, December 5, 2007. Defendant Iglesias-Vargas is in state custody, and will arrive in this district in the near future. An initial pre-trial conference before Your Honor has been scheduled for January 10, 2008, at 4:00 p.m. Enclosed please find a copy of the indictment for Your Honor's files.

    The Government respectfully requests that the Court exclude time from today until January 10, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time

Hon. Barbara S. Jones
December 7, 2007
Page 2

to review discovery, and have any appropriate discussions regarding a possible disposition of this case. Current defense counsel, Jeffrey Cohen, Esq., consents to this request for the exclusion of time.

                                              Respectfully submitted,

                                              MICHAEL J. GARCIA
                                              United States Attorney

                         By:    _____
                               Todd Blanche
                               Assistant U.S. Attorney
                               (212) 637-2494
                               (212) 637-2390 (facsimile)

Enc.

cc by fax w/encl.: Jeffrey Cohen, Esq.

*Application is granted.*

SO ORDERED _____
Dated:        BARBARA S. JONES
             U.S.D.J.

12/7/07