USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,                :    07 CR. 1090 (BSJ)
                                         :
                                         :    ORDER
       -v-                               :
                                         :
                                         :
DIONSIO TIBURCIO-DUVERGE,                :
FERNANDO IGLESIAS-VARGAS,                :
                                         :
              Defendants.                :
                                         :
------------------------------------------X

BARBARA S. JONES,
United States District Judge:

   IT IS HEREBY ORDERED that the status conference scheduled for March 6, 2008 is adjourned to April 8, 2008 at 2PM to allow the parties to continue discussions relating to a possible disposition in this matter. For this reason, in the interest of justice, the period of time from March 6, 2008 to April 8, 2008 is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). I find that a possible disposition outweighs both the interests of the public and the defendant in a speedy trial.

   SO ORDERED.

Dated:    New York, New York
          March 7, 2008

                                    _____
                                         BARBARA S. JONES
                                    United States District Judge